UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and
in her Capacity as Administratrix
of the Estate of Cornel Young, Jr.

vs C.A. No. 01-288 S

CITY OF PROVIDENCE, et al.

**DEFENDANTS, PRIGNANO AND SULLIVAN'S, UNOBJECTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 20 PAGES**

Now come the Defendants, Urbano Prignano, Jr. and Richard T. Sullivan, and hereby move for leave to file a Memorandum in excess of twenty (20) pages, up to and including forty (40) pages. The Plaintiff has no objection to this motion.

Defendants rely on their accompanying Memorandum in support thereof.

DEFENDANTS,
URBANO PRIGNANO, JR. and
RICHARD T. SULLIVAN

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

KEVIN F. MCHUGH (#3927)
Senior Assistant City Solicitor
Department of Law
Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney(s) of Record as listed below on this 3rd day of August, 2005.

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Michael Colucci, Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02888

Carolyn M. Ranucci

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and
in her Capacity as Administratrix
of the Estate of Cornel Young, Jr.

vs. C.A. No. 01-288 S

CITY OF PROVIDENCE, et al.

**DEFENDANTS, PRIGNANO AND SULLIVAN'S, MEMORANDUM IN SUPPORT OF THEIR UNOBJECTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 20 PAGES**

Defendants, Urbano Prignano, Jr. and Richard T. Sullivan, are filing a memorandum in support of their Motion for Summary Judgment based on qualified immunity.

The Defendants prefer to file a joint memorandum in support of their motion rather than file individual memoranda. Were the Defendants to file individual memoranda, they would be entitled to a total of forty (40) pages under the General Order.

The Defendants are requesting permission to file one memorandum of up to forty (40) pages. One memorandum will simplify the litigation of the Motion for both the Court and the litigants. The Plaintiff has no objection to the Motion.

WHEREFORE, Defendants pray that their Motion to File a Memorandum in Excess of Twenty (20) Pages be granted.

DEFENDANTS,
URBANO PRIGNANO, JR. and RICHARD T. SULLIVAN

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

KEVIN F. MCHUGH (#3927)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney(s) of Record as listed below on this 3rd day of August, 2005.

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Michael Colucci, Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02888

Carolyn M. Ranucci