UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and
in her Capacity as Administratrix
of the Estate of Cornel Young, Jr.

vs. C.A. No. 01-288 S

CITY OF PROVIDENCE, et al.

**DEFENDANTS, PRIGNANO AND SULLIVAN'S, UNOBJECTED TO MOTION FOR LEAVE TO INCLUDE EXHIBITS IN EXCESS OF 20 PAGES WITH THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

Now come the Defendants, Prignano and Sullivan, and hereby move for leave to include exhibits in excess of twenty (20) pages, up to and including 40 pages, with their Memorandum in Support of Their Motion for Summary Judgment Based on Qualified Immunity. The Plaintiff has no objection to this motion.

Defendants rely on their accompanying Memorandum in support thereof.

DEFENDANTS,
URBANO PRIGNANO, JR. and RICHARD T. SULLIVAN

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

KEVIN F. MCHUGH (#3927)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney(s) of Record as listed below on this 3rd day of August, 2005.

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Michael Colucci, Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02888

Carolyn M. Ranucci

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and
in her Capacity as Administratrix
of the Estate of Cornel Young, Jr.

vs C.A. No. 01-288 S

CITY OF PROVIDENCE, et al.

**DEFENDANTS, PRIGNANO AND SULLIVAN'S, MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO INCLUDE EXHIBITS IN EXCESS OF 20 PAGES WITH THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

Defendants Prignano and Sullivan are submitting memoranda in support of their motion for summary judgment based on qualified immunity. Contemporaneously herewith, they have filed a motion to submit one memorandum of up to forty (40) pages instead of two memoranda of twenty (20) pages each. Thus, they would need the ability to submit forty (40) pages of exhibits with their memorandum instead of twenty (20) pages of exhibits with two memoranda.

Submitting one memorandum and one set of forty (40) exhibits will simplify the motions for both the court and the litigants.

WHEREFORE, Defendants pray that their Motion for Leave to Include Exhibits in Excess of Twenty (20) Pages be granted.

DEFENDANTS,
URBANO PRIGNANO, JR. and RICHARD T. SULLIVAN

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

KEVIN F. MCHUGH (#3927)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney(s) of Record as listed below on this 3rd day of August, 2005.

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Michael Colucci, Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02888

Carolyn M. Ranucci