UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED AUG 03 2005 DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and
in her Capacity as Administratrix
of the Estate of Cornel Young, Jr.

vs C.A. No. 01-288 S

CITY OF PROVIDENCE, et al.

**DEFENDANTS, PRIGNANO AND SULLIVAN'S, UNOBJECTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 20 PAGES**

Now come the Defendants, Urbano Prignano, Jr. and Richard T. Sullivan, and hereby move for leave to file a Memorandum in excess of twenty (20) pages, up to and including forty (40) pages. The Plaintiff has no objection to this motion.

Defendants rely on their accompanying Memorandum in support thereof.

DEFENDANTS,
URBANO PRIGNANO, JR. and
RICHARD T. SULLIVAN

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

KEVIN F. MCHUGH (#3927)
Senior Assistant City Solicitor
Department of Law
Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)

ENTER WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/4/05