UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and
in her Capacity as Administratrix
of the Estate of Cornel Young, Jr.

vs. C.A. No. 01-288 S

CITY OF PROVIDENCE, et al.

**DEFENDANTS, PRIGNANO AND SULLIVAN'S, UNOBJECTED TO MOTION FOR LEAVE TO INCLUDE EXHIBITS IN EXCESS OF 20 PAGES WITH THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

Now come the Defendants, Prignano and Sullivan, and hereby move for leave to include exhibits in excess of twenty (20) pages, up to and including 40 pages, with their Memorandum in Support of Their Motion for Summary Judgment Based on Qualified Immunity. The Plaintiff has no objection to this motion.

Defendants rely on their accompanying Memorandum in support thereof.

DEFENDANTS,
URBANO PRIGNANO, JR. and RICHARD T. SULLIVAN

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

KEVIN F. MCHUGH (#3927)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/4/05