MJC:jlb 95306 \pleading\95306exhibit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG | ) | |
| | ) | |
| VS. | ) | C.A. NO. 01-288S |
| | ) | |
| CITY OF PROVIDENCE, ET AL | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANTS' (COHEN AND RYAN) MOTION FOR SUMMARY JUDGMENT**

RECEIVED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DEFENDANTS, Cohen and Ryan
By Their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Engaging in improper conduct. This would include the use of profanity in the presence of any members or non-members of the department, quarreling with non-members of the department, directing or making any improper gestures to any non-member of the department, while on duty, while in uniform or while acting as an agent of the Providence Police Department. NOTE: Second offense = three(3) demerits.

Recruits will not associate or speak with any members of the Providence Police Department excluding the staff unless circumstances demand it and the staff is immediately notified.

**ONE (1) DEMERIT**

Willfully misuse any equipment, tools or devices at any time which may endanger life or property..

**NOTE:** Unless noted, all demerits will double in value with the second offense. If any offense is repeated for a third time it will be the Directors decision to triple the demerits or call for dismissal of the academy.

CHAPTER 3

PROVIDENCE POLICE RECRUIT CURRICULUM

SECTION 1 - INTRODUCTION

A. The following information is a syllabus of the training conducted at the Providence Police Academy in preparation for your appointment as a Providence Police Officer.

B. The academic and practical field training segments of the Providence Police Recruit training syllabus are designated with a balance of Police science and procedure, law and proficiency skills. Officers must deal effectively with all members of the community in a manner which will maintain their support and confidence. The curriculum contains the basic police foundation needed by police officers to perform their assigned tasks while protecting life, personal liberty and property. Emphasis is placed on Federal, State, Municipal Law and patrol operations,

1. OVERVIEW (7HRS)

| | |
|---|---|
| a. Curriculum overview | 1hr |
| b. P.P.D. Organization and History | 1hr |
| c.. Recruit Stress | 2hrs |
| d. Ethics | 2hrs |
| e. Recruit Biography | 1 hr |
| **Total** | **7hrs** |

2. PATROL OPERATIONS

| | | |
|---|---|---|
| a. | Patrol techniques | 4hrs |
| b. | Arrest /Booking Procedures | 4hrs |
| c. | Beat/Post responsibilities | 6hrs |
| d. | Communication Procedures | 7hrs |
| e. | Roll Call Procedures | 2hrs |
| f. | Police report Writing Lecture practical application on a continual basis. | 18hrs |
| h. | Crime Scene Management BCI | 6hrs |
| i. | CIF Package | 1hr |
| j. | Affidavit/Warrants | 1hr |
| k. | Courtroom Demeanor | 2hrs |
| l. | Fire Department Arson | 2hrs |
| m. | Hazmat | 4hrs |
| n. | Boodborne Pathogens | 1hr |
| o. | Domestic Violence Unit | 2hrs |
| p. | Mounted Command | 2hrs |
| q. | K-9 Unit | 2hrs |
| r. | Animal Control | 1hr |
| s. | Rules and Regulations | 2hrs |
| t. | General Orders, Deadly Force, Pursuit policy, Response | 3hrs |
| u. | Drivers Training | 6hrs |
| v. | Computer Training/Hands on with Staff Members | 6hrs |
| w. | Introduction to Spanish | 6hrs |
| x. | Stress Management | 16hrs |
| y. | LoJack | 4hrs |
| z. | Riot Control | 4hrs |
| aa. | Community Policing/Current Perspectives in Policing Problem Oriented Policing | 36hrs |
| | **Total** | **148hrs** |

3. TRAFFIC OPERATIONS

| | | |
|---|---|---|
| a. | Role of Traffic Officer/G.O. pertaining to traffic | 1hr |
| b. | Traffic Scene Management | 2hrs |
| c. | Practical / Misc. Traffic Issues | 2hrs |
| d. | Accident Investigation | 4hrs |
| e. | Field Sobriety Testing | 11hrs |
| f. | Overview of EVOC Training | 3hrs |
| g. | RI Motor Vehicle Code | 4hrs |
| h. | DWI/Refusals | 3hrs |
| | **Total** | **30hrs** |

4. ADMINSTRATION OF JUSTICE 13hrs

**Total** **13hrs**

| | | |
|---|---|---|
| 5. SUBSTANTIVE CRIMINAL LAW | | 20hrs. |
| a. Criminology | | 5hrs |
| b. Scenario Education/Camp Varnum | | 40hrs |
| c. Domestic Violence | | 8hrs |
| d. Juvenile Law | | 8hrs |
| e. Courtroom Testimony | | 22hrs |
| | Total | 103-hrs |
| 6. CRIMINAL PROCEDURE | | |
| a. Search and Seizure | | 20hrs |
| b. Arrest/Deadly Force | | 14hrs |
| c. Civil Liability | | 2hrs |
| d. Mental Health Legal Issues | | 2hrs |
| e. C.I.F/Grand Jury.-Legal Issues | | 2hrs |
| | Total | 40hrs |
| 7. INVESTIGATIVE BRANCH | | |
| a. Role of the investigative Division | | 4hrs |
| b. Gangs | | 2hrs |
| c. Narcotics/S.S.D. | | 2hrs |
| d. Organized Crime | | 2hrs |
| e. Internal Affairs | | 2hrs |
| f. Juvenile Division | | 5hrs |
| g. Role of the Medical Examiner | | 4hrs |
| h. Sex Crime Unit | | 1hr |
| i. Auto Squad | | 1hr |
| j. FBI | | 1hr |
| k. DEA | | 1hr |
| l. Immigration | | 1hr |
| m. ATF | | 1hr |
| n. DCYF | | 1hr |
| o. Secret Service | | 1hr |
| | Total | 29hrs |
| 8. MUTLTICULTURAL DIVERSITY PROGRAM<br>40hrs class work 60hrs field work | | 100hrs |
| 9. -RHODE ISLAND DISABLITIES COUNCIL | | 3hrs |
| 10. PROVIDENCE MENTAL HEALTH | | 3hrs |
| | Total | 106hrs |

9. PHYSICAL TRAINING AND DEFENSIVE TACTICS
   a. Verbal Judo 32hrs
   b. Drill and Ceremony 24hrs
   c. Defensive Tactics 120hrs
      1. Skill Drills
      2. Boxing
      3. Handgun Retention
      4. Handcuffing
      5. Searching of suspects
      6. Nightstick Techniques
      7. Cap Stun Training
   d. Physical Conditioning 120hrs

**Total 296hrs**

10. OFFICER " STREET SURVIVAL " PROGRAM
   a. Principals of Street Survival
   b. Principals of Survival Shooting
   c. Use of Deadly Force
   d. Gunfight Techniques
   e. Handgun retention
   f. Handcuffing
   g. Close Quarters Firing
   h. Handling of Domestic Disputes
   i. Unknown Threat/Vehicle Stops
   j. Building Approaches
   k. Active Counter measures
   l. High Risk Vehicle Stops
   m. Day Stress Firing Obstacle Course
   n. Night Stress Firing Course
   o. Firearms Training

**Total 80hrs**

11. EVOC EMERGENCY VEHICLE OPERATION CLASS **Total 40hrs**

12. WATER SAFETY **Total 4hrs**

13. CPR FIRST AID **Total 10hrs**

14. STAFF/ADMIN TIME **Total 94hrs**

**TOTAL HOURS 1000hrs**

PROVIDENCE POLICE DEPARTMENT TRAINING ACADEMY

# PROVIDENCE POLICE HANDGUN AND SHOTGUN RECRUIT QUALIFICATION

**Location:** Providence Police Academy and Providence Police Firing Range (Scituate, Rhode island)

**Introduction:**

**Instructors:** Sergeant Steven Melaragno
Sergeant Robert Boehm
Officer Kenneth Vinacco

**Course:** Handgun and Shotgun Qualification

**Objective:** To train the members of the Providence Police Academy in the proper use of the police handgun, and shotgun, and to qualify each recruit in the Rhode Island handgun qualification course and the NRA Shotgun Course.

**Goals:** To instruct the student/officer in:

1. Requirements for passing the Rhode Island handgun and NRA shotgun course
2. Use of force and the Rhode Island and Providence police Policy on the use of deadly force (General Order #22), Post 1996-(General Order #34 1996).
3. Liability
4. Safe weapons handling (Cardinal rules)
5. Time and distance in actual gunfights
6. Demonstration of reaction time
7. Color Codes
8. Cover/Concealment
9. Handgun Nomenclature
10. Proper loading and unloading techniques
11. Basic Marksmanship
12. Four steps to firing stroke
13. Mental clock
14. Hot range procedures
15. Tactical handling
16. Administrative loading and safe shotgun handling procedure
17. Proper carrying procedures for shotgun
18. Combat loading shotgun
19. How to carry the shotgun in the police vehicle
20. Proper cleaning procedures for revolvers, pistols, and shotguns
21. Proper night shooting techniques: a. use of flashlight, b. proper body alignment
22. How to wear your equipment
23. Home storage of firearm
24. Qualification and registration of off duty weapon

PROVIDENCE POLICE DEPARTMENT TRAINING ACADEMY

**DEFENSIVE TACTICS/OFFICER SURVIVAL**
**PROVIDENCE POLICE DEPARTMENT**

**INSTRUCTOR:** Sergeant Robert Boehm

**COURSE:** Defensive Tactics/Officer Survival Training for the 54th Recruit School

**OBJECTIVES:** To give the recruit the confidence and the understanding of how to protect others as well as themselves in situations that may require some type of use of force extending from Police Presence to Deadly Force.

Classes Covered in this Course:

The following are the classes that will be covered in the Defensive Tactics/Officer survival Course. Each course is individually presented with an Introduction and the objectives.

DT

1. Use of force/force continuum
2. Introduction to DT/OS
3. Pressure Points/Vulnerable parts of the body
4. handcuffing/searching
   come-alongs/takedowns
5. Delivering strikes and blocks
6. Baton Training
7. Techniques against holds/grabs/strikes
8. Cap-Stun

OS

9. Vehicle Stops and Searches
10. Firearms Training
11. Home entering/searching

**Camp Varnum**
**Experiential Scenario Training**
**40 hours**
**Instructors: Staff**

**Additional Resources:**
**Communications Division/Dispatch**
**Personnel to fulfill roles in scenarios**

General Summary:

Following the completion of the core curriculum of the academy, recruits are taken to Camp Varnum in the town of Narragansett. The academy takes over this military camp which has more than a dozen buildings spread out among several streets. These buildings are predominantly one and two story wooden structures which have the appearance of a typical dwelling in the City of Providence.

The concept behind Camp Varnum is to create an experience where recruits will have to work as police officers in a setting which is as close to real police operations as possible. In order to accomplish this reality based training, the department authorizes approximately 30 officers per day to participate as actors in the multiple scenarios taking place at any one time in this small city.

In addition to the officers who are acting, the department also increases the size of the academy staff in order to provide a number of assessment officers who are fully versed in the Police Academy curriculum, who serve as evaluators of the actions of recruits during this exercise.

The Communications Division provides dispatch personnel as well as communication equipment identical to that which will be used by recruits once they become police officers.

Scenarios are developed by the Police Academy staff which raise issues which have been taught through the core curriculum. Recruits are then evaluated based upon their application of the principles which have been taught throughout the academy to the scenarios which they may ultimately face as police officers.

Operational Summary

In order to create the most realistic experience possible, the recruits' routine while at Camp Varnum should reflect a day in the life of a working police officer. In order to accomplish this objective recruits are required to begin their day by reporting to roll-call. The roll-call must reflect a typical roll-call in the City of Providence. At roll-call recruits are given post assignments and must then put themselves in service. An assessment officer is assigned to each pair of recruits. The assessment officers stands back and observes the actions of the recruit throughout the day to ensure that the actions of the recruit reflect what has been taught at the academy. At various points, assessment officers conduct critical reviews with their assigned recruits.

Once recruits are posted, radio calls begin. These radio calls set in motion a number of scenarios ranging from dog bites and alarm bells to disturbances, domestic violence cases and homicides. In developing the scenarios, staff members incorporate all of the applications from the core curriculum including defensive tactics, multicultural diversity, constitutional law and criminal law to name just a few.

The assessment officers judge the way the recruits patrol; the way in which recruits communicate with dispatch; the way recruits respond to calls and the manner in which recruits prepare the required reports upon the conclusion of the scenario. Recruits are required to call out to lunch and finish the day with a roll-call as they would in a normal workday as an officer.

It should be noted that at least one of the scenarios is pre-selected for use in the court room testimony section of the training program. Each and every recruit is required to go through the selected scenario although this requirement is known only to the staff. During the court room testimony portion of the program recruits must testify to their actions during the scenario. A good example of how this particular portion works can be seen in an actual scenario which was used during the department's first Camp Varnum training in 1995. The required scenario involved a domestic violence scenario where, if investigated properly, the husband should have been arrested and charged with domestic violence/simple assault. All but two of the recruits investigated the case properly and made the arrest. Everyone in this group testified as to the arrest in court. The two officers who failed to make the arrest realized their mistake shortly after they completed their paperwork on the call. These two recruits were sent back to the same house where they found that the husband they had failed to arrest had killed his wife. When it came time for court room

testimony these two recruits were required to testify in their own defense in a lawsuit based upon the victim's death.

Conclusion:

There is no form of training which will absolutely prepare recruits for every possible circumstance they face on the street. The Camp Varnum training experience is intended to provide each recruit with an experience in a controlled environment where mistakes can be made, under the watchful eye of an assessment officer, without impacting officer's safety or the rights and liberties of citizens.

MJC:jlb 95306 \pleading\95306aff.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG | ) | |
| | ) | |
| VS. | ) | C.A. NO. 01-288S |
| | ) | |
| CITY OF PROVIDENCE, ET AL | ) | |

**AFFIDAVIT OF JOHN RYAN**

1. I was the director of the 57th Police Academy for the Providence Police Department. The defendant, Carlos Saraiva, and plaintiff, Cornell Young, Jr., were members of that academy.

2. Defendant, Michael Solitro, was a member of the 58th Police Academy.

3. Prior to the implementation of the 58th Police Academy, I assumed the role of Director of Administration for the Providence Police Department.

4. As Director of Administration, I oversaw several different units which included: the chief's administrative staff, planning and policy, management information, records bureau, prosecution bureau, human resource bureau, department fleet management, detail office, training division, armorer's office, property and evidence, and public information office.

5. In that capacity, I was not personally involved in the day to day operations of any of those units. Rather, I was largely responsible for personnel decisions, overtime, scheduling and general oversight.

John Ryan

Subscribed and sworn to me this 11th day of August, 2005.

Notary Public

My commission expires: 9-11-05