Leisa Young
Plaintiff

VS: CA:01-288S

City of Providence, et al
Defendant

# EXHIBIT RECEIPT

Plaintiff's Exhibits (Including one poster board with overlay, one (1) video cassette and one (1) audio cassette)

Attorney

Deputy clerk