UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as<br>Administratrix of the Estate of Cornel Young, Jr. | ) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through<br>its treasurer, Stephen Napolitano, et al | ) | |

PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS FOR THE PRE-TRIAL MEMORANDUM ON THE ISSUE OF THE SCOPE OF THE FIRST TRIAL EVIDENCE

Now comes the plaintiff and moves to exceed the page limits allowed for filing the pre-trial memorandum on the issue of the scope of first trial evidence. Plaintiff asks for leave to file a memorandum up to and including 20 pages. Plaintiff submits that the significance of the issues merits filing a memorandum up to 20 pages in length.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

[signature]

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 501
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

**Certification**

I hereby certify that a copy of the within document was mailed or delivered to the person or offices of Kevin McHugh, Esq., City Solicitors Office, 275 Westminster St., Suite 200, Providence, R.I. 02903 and Michael Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Ave., Warwick, RI 02886 on the 2nd day of September, 2005.