UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young, Jr. | ) ) ) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through its treasurer, Stephen Napolitano, et al | ) ) | |

FILED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS
FOR THE PRE-TRIAL MEMORANDUM ON THE ISSUE OF THE SCOPE OF
THE FIRST TRIAL EVIDENCE

Now comes the plaintiff and moves to exceed the page limits allowed for filing the pre-trial memorandum on the issue of the scope of first trial evidence. Plaintiff asks for leave to file a memorandum up to and including 20 pages. Plaintiff submits that the significance of the issues merits filing a memorandum up to 20 pages in length.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 501
Providence, RI 02903
(401) 351-5770

Granted
WMM
USDJ
9/6/05