UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young Jr. )
)
v. ) No. C.A. No. 01-288 S
)
CITY OF PROVIDENCE by and through its treasurer, Stephen Napolitano, et al )

FILED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS

Now comes the plaintiff and moves to exceed the page limits allowed for memoranda and exhibits in this matter. In support of said motion, the plaintiff submits the attached memorandum of law.

Granted
WSM USDJ
9/6/05

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 501
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084