Leisa Young
Plaintiff

VS: CA:01-288S

RECEIVED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

City of Providence, et al
Defendant

# EXHIBIT RECEIPT

Defendants' Exhibits (Including one (1) video cassette and two (2) audio cassettes)

(DHA) Attorney

Deputy clerk