# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CA01-288-S** **September 19, 2005**

**TITLE: LEISA YOUNG ET AL V. CITY OF PROVIDENCE, ET AL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 1:57 p.m. - 3:35 p.m.**

---

**COUNSEL PRESENT:** **Plaintiff - Barry Scheck, Nicholas Brustin, Esquire**
**Robert Mann, Esquire**
**Defendant - Kevin McHugh, Michael Colucci, Esquire**

**RE: Defendants' (Richard Sullivan/Urbano Prignano's) Motion for Summary Judgment**

**Proceedings: All counsel of record present; Arguments heard; Court will take the matter under advisement and render a decision. Attorney McHugh to prepare an Order dismissing Defendant, Richard Sullivan from the case.**