UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and in her Capacity as Administratrix of the Estate of Cornel Young, Jr.

vs

C.A. No. 01-288 ML

CITY OF PROVIDENCE, by and through its Treasurer, Stephen T. Napolitano, MICHAEL SOLITRO, Individually and in his official Capacity; CARLOS SARAIVA, Individually and in his official Capacity; JOHN AND JANE DOES 1 through 10, individually and in his official capacity

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

This matter came on for hearing on September 19, 2005, before the Honorable William E. Smith, United States District Judge upon Defendant Richard T. Sullivan's Motion for Summary Judgment. No objection having been filed and the First Circuit Court of Appeals having dismissed the hiring claim in Young v. City of Providence, 404 F.3d (1st Cir. 2005) it is hereby :

**ORDERED, ADJUDGED & DECREED THAT:**

1. Defendant Richard Sullivan's Motion for Summary Judgment is hereby granted;

2. Judgment shall enter on behalf of Defendant Richard Sullivan.

ENTER:

WESm

William E. Smith
United States District Judge
9/22/05

BY ORDER:

[signature]

Clerk

Presented by:

Kevin F. McHugh (#3927)
Assistant City Solicitor
Department of Law
City of Providence
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 21st day of September 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esquire
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Michael Colucci., Esquire
OLENN & PENZA
530 Greenwich Avenue
Warwick, RI 02886