FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young, Jr. | ) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through its treasurer, Stephen Napolitano, et al | ) | |

PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS

In this matter the plaintiff is preparing reply memoranda, some with exhibits, to various motions filed by defendants, which replies are presently due on October 14, 2005. The plaintiff moves for leave to exceed the page limits allowed for these memoranda and attachments and exhibits. At this point, plaintiff is not able to pinpoint exactly how many additional pages will be required for each reply, but is endeavoring to keep them as short as possible. In support of said motion, the plaintiff submits the attached memorandum of law.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 501
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

**Certification**

I hereby certify that a copy of the within document was mailed or delivered to the person or offices of Kevin McHugh, Esq., City Solicitors Office, 275 Westminster St., Suite 200, Providence, R.I. 02903 and Michael Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Ave., Warwick, RI 02886 on the 11th day of October, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as<br>Administratrix of the Estate of Cornel Young, Jr. | )<br>)<br>) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through<br>its treasurer, Stephen Napolitano, et al | )<br>)<br>) | |

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXCEED PAGE LIMITS

The plaintiff is preparing responses to various motions filed by the defendants last week. The plaintiff has asked for relief from the page limit requirements on these replies and attachments and exhibits, but plaintiff is not able at this point to specify precisely how many additional pages may be required. Given the number of motions filed by the defendants, it appears likely that with respect to at least some of the motions, additional pages may be required. For these reasons, plaintiff files this request.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 501
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

**Certification**

I hereby certify that a copy of the within document was mailed or delivered to the person or offices of Kevin McHugh, Esq., City Solicitors Office, 275 Westminster St., Suite 200, Providence, R.I. 02903 and Michael Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Ave., Warwick, RI 02886 on the 11th day of October, 2005.