UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and in her Capacity as Administratrix of the Estate of Cornel Young, Jr.

vs

C.A. No. 01-288 ~~ML~~ S

CITY OF PROVIDENCE, by and through its Treasurer, Stephen T. Napolitano, MICHAEL SOLITRO, individually and in his official Capacity; CARLOS SARAIVA, Individually and in his official Capacity; JOHN AND JANE DOES 1 through 10, individually and in their official capacities

**MOTION IN LIMINE OF DEFENDANTS CITY OF PROVIDENCE AND URBANO PRIGNANO, JR. TO EXCLUDE ANY AND ALL EVIDENCE MENTIONED IN THE MOTIONS IN LIMINE AND SUPPORTING MEMORANDA FILED BY THE OTHER DEFENDANTS**

Now come Defendants, City of Providence and Urbano Prignano, Jr., and hereby move in limine to exclude any and all evidence pertaining to the following: **The evidence mentioned in the motions in limine and supporting memoranda filed by the other Defendants in this matter;** namely, those filed by John Ryan and Kenneth Cohen.

In support thereof, Defendants City of Providence and Urbano Prignano, Jr. hereby include and incorporate by reference as if fully set forth the motions in limine and supporting memoranda filed by the other Defendants in this matter; namely, John Ryan and Kenneth Cohen.

DEFENDANTS,
CITY OF PROVIDENCE and
URBANO PRIGNANO, JR.

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Department of Law
City of Providence
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 7th day of September 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esquire
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Michael Colucci., Esquire
OLENN & PENZA
530 Greenwich Avenue
Warwick, RI 02886