UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young, Jr. | ) ) ) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through its treasurer, Stephen Napolitano, et al | ) ) ) | |

PLAINTIFF'S MOTION TO EXTEND TIME

Now comes the plaintiff and moves to extend the time for filing responses to the defendants' motions which were filed on October 7, 2005. At present those responses are due on October 14, 2005. The plaintiff moves to extend the time to October 18, 2005. On October 10, 2005, the wife of plaintiff's attorney Nick Brustin, gave birth to a new child. Mr. Brustin is the attorney shouldering the bulk of the workload on these responses. For this reason, the request is made to submit responses no later than October 18, 2005. Counsel would anticipate that if this motion were granted, the defendants would also be allowed to and through October 18, 2005, to file their responses to plaintiff's October 7, 2005, filings.

Counsel for the plaintiff has spoken with Kevin McHugh, Esq. who has no objection to this motion. Because Mr. Colucci is on trial in federal court, counsel has not spoken to him about the motion but the undersigned and Mr. McHugh believe he would have no objection.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 501
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

**Certification**

I hereby certify that a copy of the within document was mailed or delivered to the person or offices of Kevin McHugh, Esq., City Solicitors Office, 275 Westminster St., Suite 200, Providence, R.I. 02903 and Michael Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Ave., Warwick, RI 02886 on the 12th day of October, 2005.