FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young, Jr. )
)
)
v. ) No. C.A. No. 01-288 S
)
CITY OF PROVIDENCE by and through its treasurer, Stephen Napolitano, et al )

PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS

In this matter the plaintiff is preparing reply memoranda, some with exhibits, to various motions filed by defendants, which replies are presently due on October 14, 2005. The plaintiff moves for leave to exceed the page limits allowed for these memoranda and attachments and exhibits. At this point, plaintiff is not able to pinpoint exactly how many additional pages will be required for each reply, but is endeavoring to keep them as short as possible. In support of said motion, the plaintiff submits the attached memorandum of law.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 501
Providence, RI 02903
(401) 351-5770

GRANTED
William E. Smith
U.S. District Judge
10/11/05