FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young, Jr. | ) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through its treasurer, Stephen Napolitano, et al | ) | |

PLAINTIFF'S MOTION TO EXTEND TIME

Now comes the plaintiff and moves to extend the time for filing responses to the defendants' motions which were filed on October 7, 2005. At present those responses are due on October 14, 2005. The plaintiff moves to extend the time to October 18, 2005. On October 10, 2005, the wife of plaintiff's attorney Nick Brustin, gave birth to a new child. Mr. Brustin is the attorney shouldering the bulk of the workload on these responses. For this reason, the request is made to submit responses no later than October 18, 2005. Counsel would anticipate that if this motion were granted, the defendants would also be allowed to and through October 18, 2005, to file their responses to plaintiff's October 7, 2005, filings.

Counsel for the plaintiff has spoken with Kevin McHugh, Esq. who has no objection to this motion. Because Mr. Colucci is on trial in federal court, counsel has not spoken to him about the motion but the undersigned and Mr. McHugh believe he would have no objection.

GRANTED
WES
William E. Smith
U.S. District Judge
10/14/05