MJC:mjs 95306 \pleading\95306extension.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LEISA YOUNG | : | |
| | : | |
| VS. | : | C.A. NO. 01-288S |
| | : | |
| CITY OF PROVIDENCE, ET AL | : | |

**DEFENDANTS RYAN AND COHEN'S**
**EMERGENCY MOTION FOR EXTENSION**

Now come the defendants, John Ryan and Kenneth Cohen, and move to extend the time for filing of those memoranda and filings currently due on October 21, 2005; to wit, the final pre-trial memorandum and proposed areas of "Phase I" testimony to be read and any related motions flowing therefrom. Defendants request a one week extension to October 28, 2005. In support hereof, a memorandum is attached.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 10/14/05 to:

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LP
99 Hudson Street, 8th Floor
New York, NY 10013

Robert B. Mann, Esq.
610 Turks Head Place
Providence, RI 02903

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

MJC:mjc 95306 \pleading\95306memoextension.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEISA YOUNG :
:
VS. : C.A. NO. 01-288S
:
CITY OF PROVIDENCE, ET AL :

**DEFENDANTS RYAN AND COHEN'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR EXTENSION**

Counsel for these defendants is currently on trial before Chief Judge Torres and a jury. It is apparent that the same will not conclude until Wednesday October 19 (at best) or, more likely Thursday, October 20, 2005. Defense counsel in this matter is then required to travel to New Jersey on the 21st to participate in the deposition of plaintiff's expert, James Fyfe. Plaintiff has indicated that his deposition will require two days because of his ill health. Jury empanelment is scheduled for October 24, 25, and 28 and motions in limine are tentatively scheduled for October 26. It will take an extraordinary effort to be able to meet the requested extension date but the same is hereby requested, given the current time schedule to start trial and the literal impossibility of meeting the current schedule.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 10/14/05 to:

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LP
99 Hudson Street, 8th Floor
New York, NY 10013

Robert B. Mann, Esq.
610 Turks Head Place
Providence, RI 02903

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

Jessica Beaudry