UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, Individually and in her Capacity as Administratrix of the Estate of Cornel Young, Jr. | : | |
| vs | : | C.A. No. 01-288 S |
| CITY OF PROVIDENCE, et al. | : | |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR A VIEW**

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's Motion for a View. Defendants submit the accompanying memorandum in support thereof.

Defendants
City of Providence and Urbano Prignano, Jr.

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, Rhode Island
(401) 421-7740 Ext 333
(401) 351-7596 (Fax)

JOHN RYAN and KENNETH COHEN

By their Attorney:

Michael Colucci, Esquire (#3302)
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02888
(401) 737-3700
(401) 737-5499 (fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney(s) of Record as listed below on this 18th day of October, 2005.

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, Individually and in her Capacity as Administratrix of the Estate of Cornel Young, Jr. :

vs : C.A. No. 01-288 S

CITY OF PROVIDENCE, et al. :

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO PLAINTIFF'S MOTION FOR A VIEW**

Plaintiff has filed a motion for a view based solely on the theory that the first jury had a view; thus, so should the second jury. (See Plaintiff's memorandum in support of a Motion for a View). This fails to meet the standard for a view. A view is permitted in the discretion of the trial judge only to assist the trier of fact in understanding and evaluating the evidence introduced in court. See United States v. Gray, 199 F.3d 547 (1st Cir. 1999), at 548, citing Clemente v. Carnicon-Puerto Rico Management Assoc., 52 F.3d 383 (1st Cir.1995), citing 2 John W. Strong, et al. McCormick on Evidence § 216, at 29 (5th Ed. 1999).

The view in the first trial assisted the jury in determining whether or not Solitro and/or Saraiva violated Young's constitutional rights. It has already been determined that Solitro did and Saraiva didn't. That is binding.

Moreover, the parties are stipulating to both a picture of the outside and the inside of the scene. Much of the evidence of the incident itself, most of which will be read through prior testimony, puts the incident in perspective and provides a framework for the training evidence. It is in the nature of background information for the jury. That is

to say, it provides a historical background

Otherwise, the training evidence, the most important evidence in the case would be presented in a vaccum In addition, the view would lengthen an already lengthy trial by half a day at least.

Determining if a view is appropriate in a particular situation remains a matter committed to the trial court's informed discretion. Clemente v. Carnicon-Puerto Rico Management Assoc., 52 F.3d 383 (1st Cir.1995), at 386.

The Defendants urge the Court to exercise its discretion in favor of both relevancy and judicial economy and deny the Plaintiff's Motion for a View.

WHEREFORE, Defendants pray that Plaintiff's Motion for a View be denied.

Defendants
City of Providence and Urbano Prignano, Jr.

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, Rhode Island
(401) 421-7740 Ext 333
(401) 351-7596 (Fax)

JOHN RYAN and KENNETH COHEN

By their Attorney:

Michael Colucci, Esquire (#3302)
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02888
(401) 737-3700
(401) 737-5499 (fax)

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to the Attorney(s) of Record as listed below on this 18th day of October, 2005.

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013