UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Leisa Young,<br>Plaintiff,<br>v.<br>City of Providence, et al.,<br>Defendants. | C.A. No. 01-288S |

**CASE MANAGEMENT ORDER**

After meeting with counsel in conference, the court has decided that the schedule in the above case shall be revised (as indicated) as follows:

1. Voir dire requests: **October 21, 2005.**
2. Voir dire: **October 24, 25 and 28, 2005.**
3. Motion arguments: **October 26, 2005, at 9 a.m.**
4. Pre-trial memo due: **October 31, 2005.**
5. Designation of Prior Trial Testimony to be Read (with specific References; Copies for the Court; and Plan for reading same) due: **October 31, 2005.**
6. Final pre-trial conference: **November 3, 2005.**
7. Trial start date: **November 7, 2005.**

Schedule for Trial Days

1. Trial will start at 9 a.m. each day.

2. There will be two breaks each day at: 10:30 a.m. and 12:15 p.m.

3. Trial will end at 2 p.m. each day.

Note:

The parties must file joint jury instructions on the substantive law applicable to the case (or if same cannot be agreed upon, then individual submissions) with the pre-trial memos.

Instructions must be filed electronically (i.e. by email or disk, in word perfect format) as well as hard copy. The clerk can provide information on how to do this.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 10/21/05