UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG

VS C.A. NO. 01-288S

CITY OF PROVIDENCE, E TL

**DEFENDANTS CITY OF PROVIDENCE AND URBANO PRIGNANO, JR. 'S MOTION IN LIMINE FOR THE EXCLUSION OF ALL EVIDENCE OF AND REFERENCE TO THE "PLUNDER DOME' MATTER THE "PROMOTIONAL SCANDAL" AND OTHER SUCH MATTERS PERTAINING TO PLAINTIFF'S SO-CALLED EVIDENCE OF "SYSTEMIC DEFICIENCIES**

Now come the Defendants City of Providence and Urbano Prignano, Jr. and hereby move this Honorable Court for a Motion in Limine for the Exclusion of All Evidence of and Reference to the "Plunder Dome" Matter the "Promotional Scandal" and other such matters Pertaining to Plaintiff's so-called Evidence of "Systemic Deficiencies. Defendants submit the accompanying Memorandum in Support thereof.

**GRANTED FOR THE REASONS STATED IN OPEN COURT ON OCTOBER 25, 2005.**

WEM

**U.S. DISTRICT JUDGE**
**WILLIAM E. SMITH**

**DATE:** 10/28/05

Defendants,

City of Providence, Urbano Prignano, Jr.,

By its Attorney:

Kevin F. McHugh,
Assistant City Solicitor
City of Providence – Law Department
275 Westminster Street Suite 200
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax