UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young, Jr. | ) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through its treasurer, Stephen Napolitano, et al | ) | |

PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

Now comes the plaintiff and hereby objects to defendants' motion for a protective order precluding the continued deposition of plaintiff's expert, James Fyfe, from going forward today (October 31, 2005). Plaintiff provides the attached memorandum of law in support of her objection.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 610
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081

**Certification**

I hereby certify that a copy of the within document was mailed or delivered to the person or offices of Kevin McHugh, Esq., City Solicitors Office, 275 Westminster St., Suite 200, Providence, R.I. 02903 and Michael Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Ave., Warwick, RI 02886 on the 31st day of October, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as<br>Administratrix of the Estate of Cornel Young, Jr. | )<br>)<br>) | |
| v. | ) | No. C.A. No. 01-288 S |
| CITY OF PROVIDENCE by and through<br>its treasurer, Stephen Napolitano, et al | )<br>)<br>) | |

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

James Fyfe, plaintiff's expert in this case, is gravely ill, heavily medicated, deteriorating daily, and is scheduled to begin another round of chemotherapy on November 1, 2005. His deposition began on October 22, 2005 but was halted due to his medical condition with an understanding by all parties that it would be continued. After November 1, 2005 it is not expected that Dr. Fyfe will be able to continue with the deposition at least prior to trial in this matter.

Counsel recollects that counsel for both plaintiff and defendants had discussions on Friday October 28, 2005 regarding Dr. Fyfe's health and availability. Based on such communications, the plaintiff's attorneys understood that all parties had agreed that the deposition would be concluded on Monday October 31, 2005, contingent upon Dr. Fyfe's health. The plaintiff's attorneys also understood that all parties agreed that the deposition would be continued to October 31, 2005 because that quite possibly was the last day that Dr. Fyfe would be available prior to trial. During such discussions the possibility of contacting the Court on Friday was raised, but counsel's recollection is that defense counsel stated that was not necessary and waiting until Monday to see what happened

with respect to Dr. Fyfe's condition made the most sense. On Sunday, October 30, 2005, Mr. Collucci informed Mr. Brustin that he was not planning on traveling to New York for the deposition on October 31, 2005. Plaintiff notes also that at all times the possibility of participation by telephone was given to the defense.

Given the very special circumstances of this case, the plaintiff submits that the motion for a protective order should be denied.

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 610
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081

**Certification**

I hereby certify that a copy of the within document was mailed or delivered to the person or offices of Kevin McHugh, Esq., City Solicitors Office, 275 Westminster St., Suite 200, Providence, R.I. 02903 and Michael Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Ave., Warwick, RI 02886 on the 31st day of October, 2005.