MJC:mes 95306 \pleading\95306dismissstip.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEISA YOUNG :
:
VS. : C.A. NO. 01-288S
:
CITY OF PROVIDENCE, ET AL :

**DISMISSAL STIPULATION**

All claims against defendants Kenneth Cohen and John Ryan are hereby dismissed with prejudice; no interest; no costs; not attorneys' fees to either side.

Robert B. Mann, Esq.
Attorney for Plaintiff
Mann & Mitchell
501 Turks Head Building
Providence, RI 02903

Nick Brustin, Esq.
Attorney for Plaintiff
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

Kevin F. McHugh, Esq.
Attorney for Defendant City
Senior Assistant City Solicitor
275 Westminster Street, Suite 200
Providence, RI 02903

Michael J. Colucci, Esq.
Attorney for Defendants Cohen & Ryan
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

Dated: November 2, 2005

Enter
WEM
11/3/05

FILED IN
OPEN COURT
11/3/05
3:32 p.m.