UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, in her Capacity as Administratrix of the Estate of Cornel Young, Jr.

VS. C.A. NO. 01-288S

CITY OF PROVIDENCE by and through its treasurer, STEPHEN NAPOLITANO, URBANO PRIGNANO, JR., individually and in his official capacity as Providence Chief of Police

**DISMISSAL STIPULATION**

Plaintiff's First Amended Complaint against Defendant Urbano Prignano, Jr. is hereby dismissed with prejudice; no interest; no costs; no attorneys' fees to either side.

Robert B. Mann, Esquire
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th floor
New York, NY 10013

Kevin F. McHugh
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200

Michael Colucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick, RI 02886

Enter
WSM
11/3/05

Dated: November 2, 2005

FILED IN
OPEN COURT
11/3/05 3:32 p.m