MJC:jlb 95306 \pleading\95306objdesignations

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LEISA YOUNG | : | |
| | : | |
| VS. | : | C.A. NO. 01-288S |
| | : | |
| CITY OF PROVIDENCE, ET AL | : | |

**DEFENDANT'S OBJECTION TO CERTAIN DESIGNATION'S OF PHASE ONE TESTIMONY TO BE READ AT TRIAL**

Now come the defendant, City of Providence and objects to the following designations of the plaintiff with regard to phase one testimony to be read to the jury.

**James Fyfe—Trial Testimony**

P.79, L.4 - P.82, L.3
P.91, L.9 - P.92, L.20

DEFENDANTS, CITY OF PROVIDENCE
By Its Attorney,

Kevin McHugh by MJC

Kevin F. McHugh, Esq. #3927
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845
PHONE: (401) 421-7740, Ext. 333
FAX: (401) 351-7596

**CERTIFICATION**

I certify that I sent a true copy of the within on 11/2/05 VIA FAX to:

Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LP
99 Hudson Street, 8th Floor
New York, NY 10013

Robert B. Mann, Esq.
610 Turks Head Place
Providence, RI 02903