**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LEISA YOUNG | : | |
| | : | |
| VS. | : | C.A. NO. 01-288S |
| | : | |
| CITY OF PROVIDENCE, ET AL | : | |

**PLAINTIFF'S OBJECTIONS AND CROSS-DESIGNATIONS IN RESPONSE TO DEFENDANTS' DESIGNATION OF PHASE ONE TESTIMONY TO BE READ AT TRIAL**

Now come the defendants and designate the following phase one trial testimony to be read to the jury during the presentation of evidence in this matter.

**Aldrin Diaz**

| | |
|---|---|
| P.4 - 11 | OBJECTION RELEVANCE P4-P10, L.5 |
| P.35 - 38, L.19 | OBJECTION RELEVANCE |
| P.48, L.13 - 49, L.16 | OBJECTION BEYOND SCOPE OF AGREEMENT P49, L14 - P49, L 16<br><br>RESPONSIVE CROSS-DESIGNATION - P45, L9-48L.12 |
| P.50, L.4 - 50, L.22 | OBJECTION BEYOND SCOPE OF AGREEMENT |
| P.52, L.22 - 53, L.7 | OBJECTION BEYOND SCOPE OF AGREEMENT |
| P.93, L.18 - 20 | OBJECTION BEYOND SCOPE OF AGREEMENT |

**Joseph Hayman**

| | |
|---|---|
| P.46, L.23 - 47, L.5 | |
| P.48, L.16 - P.49, L25 | |
| P.57, L.15 - 58, L.17 | OBJECTION RELEVANCE |

P.61, L.10 - 62, L.12

P.62, L.25 - 64, L.1

P.65, L.2 - 66, L.23

**Manuel Jiminian**

| | |
|---|---|
| P.55, L.13 - 57, L.12 | OBJECTION RELEVANCE |
| P.66, L.2 - 66, L.14 | OBJECTION RELEVANCE |
| P.66, L.24 - 67, L.9 | OBJECTION RELEVANCE |
| P.70, L.7 - 70, L.23 | |

LEISA YOUNG, in her capacity as
Administratrix of the Estate of
Cornel Young Jr.,
By her Attorneys

Robert B. Mann #0153
Mann & Mitchell
One Turks Head Pl., Ste. 610
Providence, RI 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081

**Certification**

I hereby certify that a copy of the within document was mailed or delivered to the person or offices of Kevin McHugh, Esq., City Solicitors Office, 275 Westminster St., Suite 200, Providence, R.I. 02903 and Michael Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Ave., Warwick, RI 02886 on the 2 day of November, 2005.