**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Leisa Young, in her capacity as Administratrix of the Estate of Cornell Young, Jr.

v. Case No. 01-288 S

City of Providence, by and through Its treasurer, Stephen Napolitano

**MOTION TO QUASH, OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER**

Now comes William Ferland, in his capacity as an Assistant Attorney General for the State of Rhode Island, and respectfully requests that this Court quash a subpoena served upon him on November 14, 2005, a copy of which is attached hereto. In the alternative, Movant prays that the scope of any examination be limited, based on the privileged nature of the information sought. A memorandum in support hereof is attached.

Respectfully Submitted,

The State of Rhode Island and William Ferland,

By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

Denied as moot to the extent that questions posed to the witness do not exceed parameters outlined in argument on this motion

WJMN
USDJ
11/16/05