E y 1 Jury TRIAL - 11/7/05 -

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

SCANNED

Leisa Young V. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ 18 | | 11/7/05 | | full | overlay of Chart |
| ✓ 18A | | 11/7/05 | | Full | Diagram of Chart |
| ✓ 18B | | 11/7/05 | | Full | Second overlay of Chart |
| W-1 | | | | | Testimony of Joseph Hayman (Depo) read into record |
| W-2 | | | | | Testimony of Manuel Jiminian (Depo) read into record |
| W-3 | | | | | Testimony of Donald Vinacco (Depo) read into record |
| W-4 | | | | | Testimony of Sigismund Dantzler (Depo) read into the record. |
| ✓ B-3 | | 11/7/05 | ✓ | Full | Fidas Restaurant Floor Plan |
| ✓ AA 2 | | 11/7/05 | ✓ | Full | Photo of inside of Restaurant (withdrawn) |
| ✓ AA 4 | | 11/7/05 | ✓ | Full | Photo (withdrawn) |
| | | | | | [illegible] |
| W-5 | | | | | Leisa Young |
| 162A | | 11/8/05 | | full | Picture of Cornel Young Jr. w/ his father |
| 162B | | 11/8/05 | | full | Picture of Cornel Young Jr. Saluting. |
| W-6 | | | | | Dr. Fyfe's (James) Testimony (Deposition) read into the record (viewed by video) |
| 3 | | 11/8/05 | ~~ID~~ | full | PPD Rules + Regulations, Part II |
| 29 | | 11/8/05 | ~~ID~~ | full | NYPD Borough Based Training |
| 34 | | 11/8/05 | ID | | Fyfe "Race and Armed Confrontation" |
| 35 | | 11/8/05 | ID | | Fyfe "Always Prepared" |
| 45 | | 11/8/05 | ID. | | Geller and Scott Deadly Force |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Leisa Young v. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 11/8/05 | ID | | Rutledge, "The Officer Survival Manuel" |
| 24 | | 11/8/05 | ID | | Expert Report of James Fyfe, Ph.D. |
| 30 | | 11/8/05 | ~~ID~~ | Full | NY Housing Police Patrol Guide |
| 48 | | 11/8/05 | ~~ID~~ | Full | NYPD Traing Syllabus. |
| 90 | | 11/8/05 | ~~ID~~ | Full | Video NYC Transit PD |
| 91 | | 11/8/05 | ~~ID~~ | Full | Video NYPD Preventing Friendly Fire |
| | | | | | ~~Day 3 Jury Trial 11/10/05~~ |
| | VV | 11/10/05 | ID | | IACP off-duty arrests (Model policy) |
| | AAA | 11/10/05 | ID | | Selected Paragraphs of Ryan Cohen Statement of Undisputed Facts. |
| | BBB | 11/10/05 | ID | | NYPD-Patrol Guide Procedure. |
| | FFF | 11/10/05 | ID | only | Video (Cassette) Tape of Dr. Fyfe's Deposition Testimony |
| | | | | | W-7 Robert Bennett. |
| | | | | | Day 4 Jury trial 11/14/05 |
| | | W-8 | | | Lieutenant Kenneth Cohen |
| | | | | | W-9 Sergeant Robert Boehem. |
| | KK | 11/14/05 | ~~ID~~ | Full | Teacher Plan Book - Sergeant Boehm |
| 172 | | 11/14/05 | | Full | Memo Page (Calendar of Exhibit KK) |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Leisa Young V. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | HH | 11/13/05 | ID | Full | Training Curriculum Materials |
| 173 | | 11/14/05 | | Full | Section K of Exhibit HH |
| | | | | | |
| | | | | | Jury trial Day 5 - 11/15/05 |
| | II-1 | 11/15/05 | ID | Full | 7/21/95 Qualification Program |
| | II-3 | 11/15/05 | ID | Full | Firearms training 1999 |
| | II-2 | | ID | | Simunition training 1998 |
| | II-4 | | ID | | Firearms training 2000 |
| | II-5 | 11/15/05 | ID | Full | 11/2/98 - Project updates |
| | | | | | W-10 - John Partington |
| 174 | | 11/15/05 | ID | Full | PPD Chain of Command Schematic |
| 6 | | 11/15/05 | ID | | PPD General order #22, Series of 2001 |
| | | | | | |
| | | | | | Jury trial Day 6 - 11/16/05 |
| | | | | | W-11 Michael Harris |
| | | | | | W-12 Urbano Prignano |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Leisa Young V. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury trial Day 7 11/17/05 |
| 105 | | 11/17/05 | | Full | 7/11/00 PPD Press Release re: Young |
| 21 | | 11/17/05 | ID | only | Letter 1/6/00 to Colonel Prignano |
| 21A | | 11/17/05 | ID | Full | Letter 1/6/00 to Colonel Prignano (Redacted copy) |
| 53 | | 11/17/05 | ID | | Police Administration |
| | | | | | W-13 Carlos Saraiva |
| | | | | | Jury trial Day 8 11/18/05 |
| | | | | | W-14 Alden Diaz (Deposition testimony read into record) |
| | | | | | W-15 Lieutenant Timothy Lee (Deposition testimony read into the record) |
| | | | | | W-16 - Officer Michael Solitro |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Leisa Young V. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury Trial Day 9 11/21/05 |
| | OO-1 | 11/21 | | Full | Video Range 2000 Demonstration |
| | | | | | W-17 Dr. James Weiner, M.D. |
| | | | | | W-18 Captain Melaragno |
| 2 | | 11/23/05 | ~~ID~~ | Full | Notice of Deposition Captain John J. Ryan |
| | | | | | ~~Jury Trial Day 10 11/22/05~~ |
| 1 | | 11/22/05 | ID | | Policy Manual |
| | LLL | 11/22/05 | | Full | Simunition lesson plans training |
| | | | | | ~~Jury Trial Day 11 11/23/05~~ |
| | | | | | W-19 Major Cornel Young Sr. |
| | | | | | W-20 Captain John Ryan |
| ~~175~~ | | 11/23/05 | ~~ID~~ | Full | Police Liability |
| | [illegible] | 11/23/05 | ~~ID~~ | Full | Police Department (Col. Walter McQueeney) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Leisa Young V. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury Trial Day 12 11/28/05 |
| | | | | | W-21 William Ferland |
| | | | | | W-22 Officer Shane Romano |
| | | | | | W-23 Dr. Allan Feldman |
| 176 | | 11/28/05 | | Full | Sheet as to estimated figures |
| | | | | | Jury trial Day 13 11/29/05 |
| | | | | W-24 | Sgt. William Pedchencho |
| | QQ1 | 11/29/05 | ID | Full | Range 2000 training plan/system. Scenarios |
| | QQ2 | 11/29/05 | ID | Full | List of various scenarios (Range 2000) |
| | | | | W-25 | Lieutenant Mike Figueiredo |
| | | | | W-26 | Sgt. Roger Aspinall |
| | | | | | Jury trial Day 14 11/30/05 |
| 177 | | 11/30/05 | | Full | Patrol operations sheet (400 126) |
| | | | | W-27 | Elizabeth Romano |
| | | | | W-28 | Maxwell Dorley |
| | | | | W-29 | Gary Slater |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Leisa Young v. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | W-30 | Stephen Gencarella |
| | | | | | Jury Trial Day 15 12/1/05 |
| | | | | W-31 | Sgt Kenneth J. Vinacco |
| | | | | | Jury Trial Day 16 12/2/05 |
| 178 | | 12/2/05 | | Full | PPD Weapons Bureau Police Academy |
| | | | | W-32 | Michael Fallon |
| | | | | W-33 | John Henderson |
| | | | | W-34 | Steven Courvalle |
| | | | | | Jury Trial Day 17 12/5/05 |
| | | | | W-35 | Shawn Carroll |
| | | | | W-36 | William O'Donnell, III |
| | | | | W-37 | Scott Petracchi |
| WW | | 12/5/05 | ID | Full | Transitional Training Outline |
| | MM1 | 12/5/05 | ID | Full | R.I. 6. L'S on firearms qualific |
| | MM2 | 12/5/05 | ID | Full | R.I. 6. L'S on firearms qualific |
| | MM3 | 12/5/05 | ID | Full | R.I. 6. L'S on firearms qualific |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Leisa Young V. City of Providence, et al

CASE NUMBER: CA01-288S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | MMM | 12/5/05 | | Full | RIGL'S on firearms qualification |
| | | | | | Day 18 Jury trial 12/6/05 |
| | JJJ | 12/6/05 | | Full | Videotape – Firearms portion only. |
| | | | | | Rebuttal witness #1 Freddy Rocha |
| 179 | | 12/6/05 | | Full | Providence Police Department 60th Recruit Class. |
| 180 | | | | Full | PPD ~ Instructors Lesson Plan. |
| 181 | | | | Full | Role Players Card Scenario #3. |
| 182 | | | | Full | Dispatcher's Card Scenario #5. |
| 183 | | | | Full | Dispatcher's Card Scenario #7 |
| 184 | | | | Full | Dispatcher's Card Scenario #6 |
| 185 | | | | Full | Dispatcher's Card Scenario #4 |
| 186 | | | | Full | Vehicle Stops |
| 187 | | | | Full | Table of Contents Introduction |
| 188 | | | | Full | Title of the Course |
| 189 | | | | Full | Lesson Plan |
| 190 | | 12/6/05 ID. | | | PPD Overview. |