UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LEISA YOUNG, in her Capacity as Administratrix of the Estate of Cornel Young, Jr., | |
| vs. | C.A. No. 01-288S |
| CITY OF PROVIDENCE, by and through its treasurer, Stephen Napolitano | |

**VERDICT FORM**

1. On the question of whether the Defendant City of Providence is liable for the violation of Cornel Young, Jr.'s constitutional rights by Officer Michael Solitro, we the jury find

A. For the Plaintiff _______; B. For the Defendant X

Go to question 2 only if you find for the Plaintiff on question 1.

2. Do you find that Cornel Young, Jr. experienced pain and suffering and personal injury?

A. Yes _______ B. No _______

If Yes, what are the damages: ____________________

3. Do you find that the Plaintiff is entitled to economic damages based on the lost earnings of Cornel Young, Jr.?

A. Yes _______ B. No _______

If Yes, what are the damages: ____________________

4. Is the Plaintiff entitled to prejudgment interest?

A. Yes _______ B. No _______

Signature of Foreperson Virginia Maitland

Date: 12/9/05