UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEISA YOUNG, ET AL
Plaintiff

VS. CA01-288S

CITY OF PROVIDENCE, ET AL
Defendant

**ORDER**

The jury having returned a verdict for the defendant, the defendant's Oral Motion for Judgment as a Matter of Law is DENIED as MOOT.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 12/15/05