UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

LEISA YOUNG, IN HER CAPACITY
AS ADMINISTRATRIX OF THE ESTATE OF
CORNEL YOUNG, JR.
Plaintiff
V.

Case Number: C.A. NO. 01-288S

CITY OF PROVIDENCE
Defendant

**X Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter in favor of the Defendant, City of Providence against the Plaintiff, Leisa Young, in her capacity as Administratrix of the Estate of Cornel Young, Jr.**

**December 19, 2005**
Date

Clerk

(By) Deputy Clerk