UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, In her Capacity as Administratrix of the Estate of Cornel Young, Jr.<br>Plaintiff, | : | |
| | : | CA. No. 01-288S |
| v. | : | |
| CITY OF PROVIDENCE<br>Defendant | : | |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff Leisa Young, in her capacity as Administratrix of the Estate of Cornel Young, Jr., by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action by the District Court for the District of Rhode Island on the 19th day of December, 2005, in favor of the Defendant, City of Providence, and which became appealable upon said entry of final judgment; and all related rulings in this case, including without limitation, the District Court's ruling from the bench on remand denying use of new policy and training to impeach defense witnesses, and the jury verdict on December 9, 2005, finding no liability as to Defendant, City of Providence, all of which became appealable upon the entry of final judgment by the District Court on December 19, 2005.

LEISA YOUNG, Individually and In her Capacity as
Administratrix of the Estate of Cornel Young, Jr.,
By her Attorneys

Robert B. Mann

Robert B. Mann #0153
MANN & MITCHELL
One Turks Head Place, Suite 610
Providence, R.I. 02903
(401) 351-5770

Barry Scheck, Esq. #4612
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

Nick Brustin, Esq. #0605
COCHRAN, NEUFELD, & SCHECK
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9084

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that I mailed or delivered a true copy of the within Notice of Appeal on the 18 of January, 2006, to the following counsel:

Kevin F. McHugh, Esq.
City of Providence
Law Department
275 Westminister Street, Suite 200
Providence, R.I. 02903

Michael J. Colucci, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, R.I. 02888