UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEISA YOUNG, in her Capacity as Administratrix of the Estate of Cornel Young, Jr. | : | |
| VS. | : | C.A. NO. 01-288S |
| CITY OF PROVIDENCE by and through its treasurer, STEPHEN NAPOLITANO, et al. | : | |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that the Defendant, the City of Providence, by and through the undersigned counsel, hereby cross-appeals to the United States Court of Appeals for the First Circuit all adverse orders and rulings made by the District Court in this action, including, without limitation, the following:

- The District Court's refusal to instruct and charge the jury as requested by the Defendant;
- The language of the jury verdict form utilized by the District Court;
- The District Court's denial, as moot, of the Defendant's Motion for Judgment as a Matter of Law;
- The District Court's refusal to allow Defense counsel to inquire of Maj. Cornel Young regarding advice he gave his son on issues of off-duty identification;
- The District Court's refusal to allow Defense counsel to inquire of Lt. Michael Figuerido regarding the identify of the off-duty officer he disciplined;
- The District Court's refusal to allow Defense counsel to inquire of Sgt. Peter Costello regarding the verbal reprimand he gave Cornel Young Jr. at Saki's Pizza;
- The District Court's allowing into evidence the lack of an internal investigation into the shooting;
- The District Court's allowing into evidence information regarding the previous shooting Officer Carlos Saraiva was involved in; and

- The District Court's denial of the Defendant's motion in limine regarding the admission of testimony on off-duty misidentifications.

DEFENDANT,

CITY OF PROVIDENCE

By its Attorneys:

Joseph M. Fernandez,
City Solicitor

Kevin F. McHugh, (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Second Floor
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorneys of Record as listed below on this 31st day of January, 2006.

Robert B. Mann, Esq.
Mann & Mitchell
501 Turks Head Building
Providence, Rhode Island 02903

Barry Scheck, Esq.
Nick Brustin, Esq.
Cochran, Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, New York 10013

Michael Colucci, Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02886