01-00288
USDC-RIPR
J. Smith

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 06-1242

LEISA YOUNG, individually and in her capacity as Administratrix of the Estate of Cornell Young

Plaintiff - Appellee

BARRY C. SCHECK; NICHOLAS BRUSTIN; ROBERT B. MANN

Respondents

v.

CITY OF PROVIDENCE, by and through its Treasurer, Stephen Napolitano

Defendant - Appellant

MICHAEL SOLITRO, individually; CARLOS SARAIVA, individually; URBANO PRIGNANO, JR., individually and in his official capacity as Providence Chief of Police; RICHARD SULLIVAN, individually; JOHN RYAN, individually; KENNETH COHEN, individually

Defendants

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2006 FEB 14 P 3:45

**JUDGMENT**
**Entered: February 14, 2006**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 2/14/06

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[cc: Johnnie L. Cochran, Esq., Nicholas Brustin, Esq., Barry Scheck, Esq., Nick Brustin, Robert B. Mann, Esq., Joseph F. Penza, Esq., Michael J. Colucci, Esq., Kevin F. McHugh, Esq., Joseph M. Fernandez, Kevin F. McHugh, Esq., Stephen M. Prignano, Esq., Joseph A. Kelly, Esq., Max Wistow, Esq., Rebecca Tedford Partington, Esq.]