Leisa Young, et al
Plaintiff

VS:

CA: 01-288S

City of Providence
Defendant

## EXHIBIT RECEIPT

Plaintiff exhibits

~~Attorney~~

Thomas McHugh
Paralegal for
Robert B. Mann

Deputy clerk