Leisa Young, et al
Plaintiff

VS: CA: 01-288S

City of Providence
Defendant

# EXHIBIT RECEIPT

Defendant exhibits

Gregory Marcoglieseu
Attorney

Deputy clerk